BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LORENZO GARCIA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. CR 03-20064-JW; CR 06-00525-JW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | |
| LORENZO GARCIA-HERNANDEZ, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, May 12, 2008, at 1:30 p.m., be continued to Monday, May 19, 2008, at 1:30 p.m.  The continuance is being requested to allow defense counsel to go over the final paperwork with his client.

Defense counsel has spoken with Officer Iqbal of Probation and he confirmed that there is no conflict rescheduling this matter.

Dated: May 9, 2008
_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: May 9, 2008
_____/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
Nos. CR 03-20064-JW; 06-00525-JW                     1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, May 12, 2008 be continued to Monday, May 19, 2008 at 1:30 p.m.

Dated: __May 9__, 2008

_____
HONORABLE JAMES WARE
United States District Judge